No. 927. BEN C. JONES AND COMPANY *v.* WEST PUBLISHING COMPANY.  Error to the Circuit Court of Appeals for the Fifth Circuit.  January 27, 1926.  Docketed

and dismissed on motion of *Mr. Tench T. Marye* in behalf of counsel for the defendant in error.